**IT IS ORDERED as set forth below:**



**Date: March 15, 2019**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| CLARK BARBER | ) | |
| AND | ) | CASE NO. 18-71401-PMB |
| AQUA CHIFFON BARBER | ) | |
| Debtor. | ) | JUDGE BAISIER |

_____

**ORDER TO EMPLOYER TO VACATE
ORDER TO DEDUCT AND REMIT**

TO:  **Clayton County Public Schools
Attn: Payroll Dept
1058 Fifth Ave
Jonesboro, GA 30236**

This is an **ORDER** of the United States Bankruptcy Court.

**It is hereby ORDERED** that the previous Order issued by this court on March 6,

2019 (Docket #20) directing the Employer to deduct a portion of the above-referenced

Debtor husband's wages is hereby **VACATED**, thus relieving the Employer of any

obligation to deduct from any monies due and owing to the Debtor.  Debtor wife already has a functional EDO of her own.

SIGNATURES ON THE NEXT PAGE

Order Prepared By:

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

Seen and No Opposition:
\_\_\_\_\_/s/ *Signed with express permission*
Jason Rogers, Esq.
Staff Attorney
Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444
[jrogers@13trusteeatlanta.com](mailto:jrogers@13trusteeatlanta.com)

# **DISTRIBUTION LIST**

**Debtor**
Clark Barber
111 Willow Hill Lane
Stockbridge, GA 30281

**Debtor**
Aqua Chiffon Barber
111 Willow Hill Lane
Stockbridge, GA 30281

**Employer**
Clayton County Public Schools
1058 Fifth Ave
Jonesboro, GA 30236

**Attorney for Debtor**
Slipakoff & Slomka, P.C.
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

**Trustee for Debtor**
Melissa J. Davey
260 Peachtree St, NW
Suite 200
Atlanta, GA 30303